TIANJIN MAGNESIUM INTERNA-
TIONAL CO., LTD., Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

US Magnesium LLC, Defendant–
Appellee.

No. 2013–1215.

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2014.

Daivd A. Riggle, Riggle & Craven, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief was David J. Craven.

(MOORE, O'MALLEY, and TARANTO, Circuit Judges).

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Audrey M. ALBERTS, Plaintiff–
Appellant,

v.

Michelle K. LEE, Deputy Director, United States Patent and Trademark Office, Defendant–Appellee.

No. 2013–1259.

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2014.

Wesley W. Monroe, Christie, Parker & Hale, LLP, of Glendale, CA, argued for plaintiff-appellant.

Farheena Y. Rasheed, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for defendant-appellee. With her on the brief were Nathan K. Kelley, Acting Solicitor, and Frances M. Lynch, Associate Solicitor.

RADER, Chief Judge, NEWMAN, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**